

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-22-00316-CV

————————————————

IN RE DERRICK SMITH, Relator

Original Proceeding
Criminal District Court No. 1 of Tarrant County, Texas
Trial Court No. 0593768A

Before Wallach, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and real party in interest's response and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied as moot.

Per Curiam

Delivered: August 31, 2022